# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE KENDALL, | Case No. 3:08-CV-00521-LRH-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| STATE OF NEVADA, dba DEPARTMENT OF PUBLIC SAFETY, and DOES I-X, | |
| Defendants. | |

Defendant, State of Nevada Department of Public Safety, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Sharon L. Benson, Deputy Attorney General, and Plaintiff Bonnie Kendall, by and through counsel, Mark Mausert, Esq., hereby stipulate that this case may and shall be dismissed, with prejudice, each party to bear her or its own costs, expenses and attorneys' fees.

///

///

///

///

1

|  |  |
|---|---|
| DATED this 8th day of October, 2011. | CATHERINE CORTEZ MASTO<br>Attorney General<br><br>DATED this 12th day of October, 2011. |
| _____<br>Mark Mausert, Esq.<br>Attorney for Plaintiff,<br>Bonnie Kendall | By: _____<br>Sharon L. Benson<br>Deputy Attorney General<br>*Attorneys for Defendant*<br>*State Department of Public Safety* |

**IT IS SO ORDERED:**

DATED this 18th day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE